Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−31654−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ameer B. Lowe Sr.
aka Ameee Lowe, dba A&J Carpet
Cleaning LLC
486 LaCascata
Clementon, NJ 08021

Sabrina N. Lowe
aka Sabrina N. Gomez
2301 Greenwood Drive
Lindenwold, NJ 08021

Social Security No.:
xxx−xx−7705                        xxx−xx−0496

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      11/30/17
Time:      02:00 PM
Location:  4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 11/18/2014 to 9/20/2017

COMMISSION OR FEES
Fees: $4800.00

EXPENSES
$115.30

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 26, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-31654-JNP
Ameer B. Lowe, Sr.                                                              Chapter 13
Sabrina N. Lowe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin                 Page 1 of 3          Date Rcvd: Oct 26, 2017
                             Form ID: 137                Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db/jdb         +Ameer B. Lowe, Sr.,    Sabrina N. Lowe,    486 LaCascata,    Clementon, NJ 08021-4928
cr             +SunTrust Bank, c/o Morton & Craig, LLC,    110 Marter Ave., Suite 301,
                 Moorestown, NJ 08057-3124
cr             +Township of Cherry Hill,    Municipal Court,    820 Mercer Street,    Cherry Hill, NJ 08002-2688
515128191      +Bank of America,    c/o RJM Acquisitions,    575 Underhill Blvd.,    Suite 224,
                 Syosset, NY 11791-3416
515128192       Bellmawr Municipal Court,    21 E. Browning Road,    PO Box 368,    Bellmawr, NJ 08099-0368
515907194      +Bellmawr Municipal Court,    21 East Browning Road,    PO Box 368,    Bellmawr, NJ 08099-0368
515128193      +Booth Radiology,    c/o AR Resources, Inc.,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2207
515907202      +Camden Municipal Court,    PO Box 95120,    Camden, NJ 08101-5120
515128194      +Cherry Hill Municipal Court,    820 Mercer Street,    Cherry Hill, NJ 08002-2638
515128195       City of Camden Municipal Court,    6th & Market Streets,    PO Box 95120,    Camden, NJ 08101-5120
515128197      +Comcast Cherry Hill NJ,    c/o Eastern Accounts System,    75 Glen Road, Ste. 110,
                 Sandy Hook, CT 06482-1170
515128198       Comcast Gloucester NJ Service,    c/o Eastern Account System of CT Inc,    PO Box 837,
                 Newtown, CT 06470-0837
515128199       Comenity Capital Bank,    c/o American Coradius International LLC,    35A Rust Lane,
                 Boerne, TX 78006-8202
515142597      +Credit Acceptance,    25505 W 12 Mile Rd #3000,    Southfield MI 48034-8331
515128200       Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
515128203      +Deptford Municipal Court,    1011 Cooper Street,    Deptford, NJ 08096-3076
515128204      +East Greenwich Municipal Court,    159 Democrat Road,    Mickleton, NJ 08056-1274
515128205      +Emerg Care Services of NJ,    c/o Commonwealth Financial Services,    245 Main Street,
                 Dickson City, PA 18519-1641
515128206       Esoterix Genetic Laboratories, LLC,    c/o Laboratory Corporation of America,    Po Box 2240,
                 Burlington, NC 27216-2240
515128207      +Gamefly,    c/o Suart Allan & Assoc.,    5447 E 5th Street,    Suite 110,    Tucson, AZ 85711-2345
515128208      +Greenwich Twp. Municipal Court,    421 W. Broad Street,    Gibbstown, NJ 08027-1399
515128210      +Johnston County Court,    Po Box 297,    Smithfield, NC 27577-0297
515128211      +Kennedy Health System,    c/o Financial Recoveries,    200 E Park Drive,    Suite 100,
                 Mount Laurel, NJ 08054-1297
515128213      +Midland Funding,    c/o Leonard Franco Jr.,    1037 Raymond Blvd.,    Suite 710,
                 Newark, NJ 07102-5427
515128214       NJ-MVC,    Surcharge Administration Office,    Bankruptcy Unit,    PO Box 136,
                 Trenton, NJ 08666-0136
515156381      +Nelnet on behalf of NJHESAA,    New Jersey Higher Ed Student Asst Auth,    PO Box 548,
                 Trenton NJ 08625-0548
515157253      +Nelnet on behalf of New Jersey Higher Education,    Student Assistant Authority,
                 4 Quakerbridge Plaza, PO Box 548,    Trenton, NJ 08625-0548
515334034      +New Century Financial Services, Inc.,    Successor in interest to T-Mobile,
                 c/o Pressler and Pressler, LLP.,    7 Entin Road,    Parsippany NJ 07054-5020
515128216      +Paulsboro Municipal Court,    1211 N. Delaware Street,    Paulsboro, NJ 08066-1292
515128217      +Penns Grove Municipal Court,    W. Main & State Street,    PO Box 527,
                 Penns Grove, NJ 08069-0527
515907209      +Penns Grove Municipal Court,    1 State Street,    PO Box 257,    Penns Grove, NJ 08069-1696
515128219      +SDK Millbridge Gardens LLC,    c/o Greenblatt & Lieberman,    102 Browning Lane  Bldg B,
                 Cherry Hill, NJ 08003-3195
515128221      +Sprint,    c/o Enhanced Recovery Corporation,    Po Box 57547,    Jacksonville, FL 32241-7547
515141038      +SunTrust Bank,    Attn. Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
515128223      +Suntrust Bank,    Po Box 85526,    Richmond, VA 23285-5526
515287381       Surcharge Administration Office,    State of New Jersey,    PO Box 136,    Trenton, NJ 08666-0136
515128224      +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
515128226      +TMobile,    c/o Enhanced Recovery Corporation,    Po Box 57547,    Jacksonville, FL 32241-7547
515128225      +The Cooper Health System,    c/o Quality Asset Recovery,    7 Foster Ave.,    Suite 101,
                 Gibbsboro, NJ 08026-1191
515128227       Toyota Motor Credit,    Po Box 8029,    Cockeysville, MD 21030
515146852       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
515128228       Wells Fargo,    PO Box 60510,    Los Angeles, CA 90060-0510
515334880      +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
515335697      +Wells Fargo Bank,    PO Box 5058,    MAC P6053-021,    Portland, OR 97208-5058
515128229      +West Deptford Municipal Court,    Municipal Building,    400 Crown Point Road,    PO Box 89,
                 Thorofare, NJ 08086-0089
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2017 23:25:48     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2017 23:25:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515147573       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2017 23:36:54
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Oct 26, 2017
                              Form ID: 137             Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515128189      +E-mail/Text: bkrpt@retrievalmasters.com Oct 26 2017 23:25:43
                 American Medical Collection Agency,    PO Box 1235,    Elmsford, NY 10523-0935
515287436       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2017 23:30:17
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515128190      +E-mail/Text: bankruptcy@pepcoholdings.com Oct 26 2017 23:25:24     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
515207205       E-mail/Text: bankruptcy@pepcoholdings.com Oct 26 2017 23:25:24
                 Atlantic City Electric Company,    Pepco Holdings, Inc,    MailStop:84CP42,
                 5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
515128196      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 26 2017 23:26:17       Comcast,
                 1 Comcast Center,    Philadelphia, PA 19103-2899
515128201      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2017 23:25:43     Credit One Bank,
                 c/o Midland Funding,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
515128202      +E-mail/Text: electronicbkydocs@nelnet.net Oct 26 2017 23:25:50     Dept of Education/Nelnet,
                 121 S 13th Street,    Lincoln, NE 68508-1904
515128209       E-mail/Text: cio.bncmail@irs.gov Oct 26 2017 23:25:13     IRS,   PO Box 21126,
                 Philadelphia, PA 19114-0326
515128215      +E-mail/Text: clientrep@capitalcollects.com Oct 26 2017 23:26:45
                 OP Underwood-Memorial Hospital,    c/o Capital Collection Service,    Po Box 150,
                 West Berlin, NJ 08091-0150
515128222       E-mail/Text: appebnmailbox@sprint.com Oct 26 2017 23:25:41     Sprint,   Po Box 4191,
                 Carol Stream, IL 60197-4191
515179763       E-mail/Text: appebnmailbox@sprint.com Oct 26 2017 23:25:41     Sprint Nextel,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
515128218       E-mail/PDF: pa_dc_claims@navient.com Oct 26 2017 23:29:59     Sallie Mae,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
515128220      +E-mail/Text: bmg.bankruptcy@centurylink.com Oct 26 2017 23:25:52     Sprint,   c/o AFNI, Inc.,
                 404 Brock Drive,    Bloomington, IL 61701-2654
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515156298        Aurora, CO 80014
515156297        U.S. Department of Education,   C/O Nelnet,   3015 South Parker Road, Suite 400
515154676*       Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
                 Philadelphia, PA 19101-7346
515128212     ##+Macys,   Po Box 17759,   Clearwater, FL 33762-0759
                                                                                  TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Debtor Ameer B. Lowe, Sr. jenkins.clayman@verizon.net
              Eric Clayman    on behalf of Joint Debtor Sabrina N. Lowe jenkins.clayman@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Sabrina N. Lowe jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Oct 26, 2017
                              Form ID: 137             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Jeffrey E. Jenkins    on behalf of Debtor Ameer B. Lowe, Sr. jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
        John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank, c/o Morton & Craig, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Stephanie F. Ritigstein    on behalf of Debtor Ameer B. Lowe, Sr. jenkins.clayman@verizon.net
        Stephanie F. Ritigstein    on behalf of Joint Debtor Sabrina N. Lowe jenkins.clayman@verizon.net
                                                        TOTAL: 10