UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on November 30,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Ameer and Sabrina Lowe
Debtor

Case No: 14-31654

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

DATED: November 30, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____ Jenkins & Clayman _____, the applicant is allowed a fee of $__4400.00_____ for services rendered and expenses in the amount of $___115.30_____ for a total of $____4515.30_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____585.00_____ per month for _____25_____ months to allow for payment of the foresaid fee.

**ADDENDUM TO ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

      **IT IS FURTHER ORDERED** that the Supplemental Chapter 13 Fees are reduced for the following reason(s):



☒ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows for Additional court appearances - Not to exceed three.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $300 for filing and appearance on a modified Chapter 13 Plan, not $300 for each action.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for Preparation and filing of Amendments to Schedules D, E, F, G, H $100.00 or List of Creditors, not $100 each.

☐ The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for preparation and filing of other amended schedules such as Schedules I and J, not for $100.00 each.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 14-31654-JNP
Ameer B. Lowe, Sr.                                                                               Chapter 13
Sabrina N. Lowe
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Nov 30, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db/jdb          +Ameer B. Lowe, Sr.,   Sabrina N. Lowe,   486 LaCascata,   Clementon, NJ 08021-4928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Ameer B. Lowe, Sr. jenkins.clayman@verizon.net
          Eric  Clayman    on behalf of Joint Debtor Sabrina N. Lowe jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Joint Debtor Sabrina N. Lowe jenkins.clayman@verizon.net,
          jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Debtor Ameer B. Lowe, Sr. jenkins.clayman@verizon.net,
          jenkins.clayman@verizon.net
          John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank, c/o Morton & Craig, LLC
          ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Stephanie F. Ritigstein    on behalf of Joint Debtor Sabrina N. Lowe jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Debtor Ameer B. Lowe, Sr. jenkins.clayman@verizon.net
                                                                                          TOTAL: 10