UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
GURBIR S. GREWAL
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for State of New Jersey, Division of Taxation

By:    Ramanjit K. Chawla ( RKC 1181)
       Deputy Attorney General
       (609) 376-2862

**Order Filed on September 10,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In re:

Ameer and Sabrina Lowes,

                Debtors.

Case No.: 14-31654 (JNP)

Hearing Date: September 4, 2018

Judge: Hon. Jerrold N. Poslusny, Jr. U.S.B.J.

ORDER

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: September 10, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Lowes, Debtors
Case No.   14-31654 (JNP)
ORDER

This matter having been brought before the Court on a Motion by the Debtors for

an Order to Expunge the tax claims filed by the State of New Jersey, Division of Taxation ("N.J.

Division") on March 1, 2018 (Claim # 26-1), and N.J. Division having filed a cross-motion for an

Order Extending the Bar Date because Debtors failed to notice the N.J. Division as a creditor on

their Chapter 13 Bankruptcy Petition, and sought (Claim # 26-1) be deemed timely filed, and the

Court having considered the pleadings filed and the arguments or counsel, and for good cause

shown, it is hereby

ORDERED, that the Debtor's Motion to Expunge the N.J. Division's late filed

claim is granted; and it is hereby

ORDERED, that the N.J. Division's Claim (Claim # 26-1) is non-dischargeable

under U.S.C. §  523 (a) and the N.J. Division shall collect on the liability set forth in (Claim # 26-

1) with accrued interest and penalties after the Debtors' Chapter 13 case is closed or dismissed.