UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
GURBIR S. GREWAL
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for State of New Jersey, Division of Taxation

By:     Ramanjit K. Chawla ( RKC 1181)
        Deputy Attorney General
        (609) 376-2862

**Order Filed on September 10, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

In re:

Ameer and Sabrina Lowes,

                Debtors.

Case No.: 14-31654 (JNP)

Hearing Date: September 4, 2018

Judge: Hon. Jerrold N. Poslusny, Jr. U.S.B.J.

ORDER

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: September 10, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Lowes, Debtors
Case No.   14-31654 (JNP)
ORDER

This matter having been brought before the Court on a Motion by the Debtors for an Order to Expunge the tax claims filed by the State of New Jersey, Division of Taxation ("N.J. Division") on March 1, 2018 (Claim # 26-1), and N.J. Division having filed a cross-motion for an Order Extending the Bar Date because Debtors failed to notice the N.J. Division as a creditor on their Chapter 13 Bankruptcy Petition, and sought (Claim # 26-1) be deemed timely filed, and the Court having considered the pleadings filed and the arguments or counsel, and for good cause shown, it is hereby

ORDERED, that the Debtor's Motion to Expunge the N.J. Division's late filed claim is granted; and it is hereby

ORDERED, that the N.J. Division's Claim (Claim # 26-1) is non-dischargeable under U.S.C. §  523 (a) and the N.J. Division shall collect on the liability set forth in (Claim # 26-1) with accrued interest and penalties after the Debtors' Chapter 13 case is closed or dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-31654-JNP
Ameer B. Lowe, Sr.                                                      Chapter 13
Sabrina N. Lowe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1            Date Rcvd: Sep 10, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db/jdb         +Ameer B. Lowe, Sr.,    Sabrina N. Lowe,    486 LaCascata,    Clementon, NJ 08021-4928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Ameer B. Lowe, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Sabrina N. Lowe jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Ameer B. Lowe, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Sabrina N. Lowe jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank, c/o Morton & Craig, LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
               ramanjit.chawla@dol.lps.state.nj.us
              Stephanie F. Ritigstein    on behalf of Joint Debtor Sabrina N. Lowe jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Debtor Ameer B. Lowe, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
                                                                                             TOTAL: 11