Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–31654–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ameer B. Lowe Sr.
aka Ameee Lowe, dba A&J Carpet
Cleaning LLC
486 LaCascata
Clementon, NJ 08021

Sabrina N. Lowe
aka Sabrina N. Gomez
2301 Greenwood Drive
Lindenwold, NJ 08021

Social Security No.:
xxx–xx–7705                                     xxx–xx–0496

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 5, 2020          Jerrold N. Poslusny Jr.
                               Judge, United States Bankruptcy Court